# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**OPTIO RX, LLC, et al.,**

    **Plaintiffs,**

v.                                       **CASE NO. 3:23-cv-08993-MCR-HTC**

**CRESTVIEW CITY PHARMACY, INC., et al.,**

    **Defendants.**

_____/

## ORDER

Pending before the Court is Plaintiff Optio Rx, LLC and Crestview Pharmacy, LLC's (collectively, "Plaintiffs") Emergency Verified Motion for Temporary Restraining Order ("TRO") and Preliminary Injunction. ECF No. 1-5. The Federal Rules of Civil Procedure provides that an *ex parte* TRO may issue only if (1) "specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition," and (2) "the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1)(A), (B). "To obtain *ex parte* relief, a party must strictly comply with these requirements. They are not mere technicalities, but establish minimum due process." *Partners Insight, LLC v. Gill,* No. 8:22-cv-2100-TPB-JSS, 2022 WL

CASE NO. 3:23-cv-08993-MCR-HTC

4464844, at *2 (M.D. Fla. Sept. 26, 2022) (internal quotations and citations omitted). Rule 65's "stringent restrictions" recognize that "our entire jurisprudence runs counter to the notion of court action taken before reasonable notice and an opportunity to be heard has been granted both sides of a dispute." *Granny Goose Foods, Inc. v. Bhd. of Teamsters*, 415 U.S. 423, 438–39 (1974).  Also, the requirements of Rule 65(b)(1) cannot be evaded "merely pointing to the merits of [the] claims." *Partners Insight,* 2022 WL 4464844, at *2 (internal quotations omitted).

On review, the Court finds that the motion is deficient for the failure to include counsel's certification in writing as to the efforts made to give notice and the specific reasons why notice should not be required, as required by Rule 65(b)(1)(B).  Before ruling on the request for a TRO, Plaintiffs will have an opportunity to cure this deficiency by filing the required separate certification by **12:00 Noon (C.D.T.), Monday, May 1, 2023**.  The Court **DEFERS** ruling on the motion until receiving and reviewing the required certification.

**DONE AND ORDERED** this 29th day of April 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

CASE NO.  3:23-cv-08993-MCR-HTC