**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

OPTIO RX, LLC &
CRESTVIEW PHARMACY, LLC,

        Plaintiffs,

    v.

CRESTVIEW CITY PHARMACY,
INC., JENNIFER RESHAY
DENSMAN, CHRISTOPHER NEIL
DENSMAN & BRYAN HENDERSON,

        Defendants,

AMANDA DAVEY, CLAUDIA
BARNETT, KARI WAITES,
VICTORIA BALLARD,
MORGAN MEEKS, KYNDALL
BARBER & ELLEN STAFFORD,

        Nominal Defendants.

Case No. 3:23-cv-08993-MCR-HTC

**PLAINTIFFS' RULE 65 CERTIFICATION OF NOTICE AND**
**COMPLIANCE WITH COURT'S ORDER OF APRIL 29, 2023**

Plaintiffs, OPTIO RX, LLC & CRESTVIEW PHARMACY, LLC, by and

through undersigned counsel, pursuant to Federal Rule of Civil Procedure 65(b)(1),

and the Court's Order dated April 29, 2023 [Dkt. 2], the undersigned counsel

hereby certifies that Defendants Crestview City Pharmacy, Inc.

(jrwood2010@yahoo.com), Jennifer Reshay Densman (jrwood2010@yahoo.com),

Christopher Neil Densman (nd2044@msn.com) and Bryan Henderson (brhendu@live.com) received notice, via electronic mail, of the filing of the instant action, including copies of Plaintiffs Verified Complaint for Injunctive and Other Relief, Emergency Verified Motion for Temporary Restraining Order and Preliminary Injunction, and Emergency Motion for Expedited Discovery on April 28, 2023.  Additionally, the undersigned counsel hereby certifies that the Nominal Defendants: Amanda Davey (amandabdavey@gmail.com), Claudia Barnett (claudia.barnett2014@gmail.com), Kari Waites (karilwaites87@gmail.com), Victoria Ballard (nee Mullins) (deergirllace@gmail.com), Morgan Meeks (morganmeeks73@yahoo.com), Kyndall Barber (kyndallbarber@aol.com) and Ellen Stafford (myhppyeg@yahoo.com) received Notice of the same via electronic mail on May 1, 2023.  Copies of those notifications are attached hereto as Exhibit "A".

Dated:      May 1, 2023                    Respectfully submitted,

**OPTIO RX, LLC & CRESTVIEW PHARMACY, LLC**

BY: */S/ ALIETTE D. RODZ*

Aliette D. Rodz
ARodz@shutts.com
Florida Bar No. 173592
SHUTTS & BOWEN LLP
200 S. Biscayne Boulevard
Suite 4100
Miami, Florida 33131
Telephone: (305) 358-6300

Alexis M. Dominguez
adominguez@nge.com
(*pro hac vice forthcoming*)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, IL  60602-3801
Telephone: (312) 269-8000
Facsimile: (312) 269-1747

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on May 1, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record listed.

*/s/ Aliette D. Rodz*
Attorney

# EXHIBIT "A"

## Dominguez, Alexis M.

| | |
|---|---|
| **From:** | Dominguez, Alexis M. |
| **Sent:** | Saturday, April 29, 2023 1:28 PM |
| **To:** | jrwood2010@yahoo.com |
| **Subject:** | Optio Rx v. Crestview City Pharmacy |
| **Attachments:** | Optio Rx v. Crestview City Pharmacy (23-cv-8993).zip |

Mrs. Densman,

Please see the attached Verified Complaint for Injunctive Relief and related pleadings in the above matter.

Regards,
Alex

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP

 NEAL
GERBER
EISENBERG

**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**Dominguez, Alexis M.**

| | |
|---|---|
| **From:** | Dominguez, Alexis M. |
| **Sent:** | Saturday, April 29, 2023 1:28 PM |
| **To:** | nd2044@msn.com |
| **Subject:** | Optio Rx v. Crestview City Pharmacy |
| **Attachments:** | Optio Rx v. Crestview City Pharmacy (23-cv-8993).zip |

Mr. Densman,

Please see the attached Verified Complaint for Injunctive Relief and related pleadings in the above matter.

Regards,
Alex

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP

NEAL
GERBER
EISENBERG

**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

1

## Dominguez, Alexis M.

| | |
|---|---|
| **From:** | Dominguez, Alexis M. |
| **Sent:** | Saturday, April 29, 2023 1:28 PM |
| **To:** | Bryan Henderson |
| **Subject:** | Optio Rx v. Crestview City Pharmacy |
| **Attachments:** | Optio Rx v. Crestview City Pharmacy (23-cv-8993).zip |

Mr. Henderson,

Please see the attached Verified Complaint for Injunctive Relief and related pleadings in the above matter.

Regards,
Alex

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP



**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**Licet Kelly**

| | |
|---|---|
| **From:** | Dominguez, Alexis M. <adominguez@nge.com> |
| **Sent:** | Monday, May 1, 2023 10:01 AM |
| **To:** | amandabdavey@gmail.com |
| **Cc:** | Aliette D. Rodz |
| **Subject:** | Optio Rx v. Crestview City Pharmacy (Case No. 23-cv-8993) |
| **Attachments:** | Optio Rx v. Crestview City Pharmacy (23-cv-8993).zip |

EXTERNAL: This email originated from outside of the SHUTTS email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe.

Ms. Davey,

Please see the attached Verified Complaint for Injunctive Relief and related pleadings in the above matter.

Regards,
Alex

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP

 NEAL
GERBER
EISENBERG

**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**Licet Kelly**

| | |
|---|---|
| **From:** | Dominguez, Alexis M. <adominguez@nge.com> |
| **Sent:** | Monday, May 1, 2023 10:02 AM |
| **To:** | kyndallbarber@aol.com |
| **Cc:** | Aliette D. Rodz |
| **Subject:** | Optio Rx v. Crestview City Pharmacy (Case No. 23-cv-8993) |
| **Attachments:** | Optio Rx v. Crestview City Pharmacy (23-cv-8993).zip |

EXTERNAL: This email originated from outside of the SHUTTS email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe.


Ms. Barber,

Please see the attached Verified Complaint for Injunctive Relief and related pleadings in the above matter.

Regards,
Alex


**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP

 **NEAL**
**GERBER**
**EISENBERG**

**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**Licet Kelly**

| | |
|---|---|
| **From:** | Dominguez, Alexis M. <adominguez@nge.com> |
| **Sent:** | Monday, May 1, 2023 10:01 AM |
| **To:** | karilwaites87@gmail.com |
| **Cc:** | Aliette D. Rodz |
| **Subject:** | Optio Rx v. Crestview City Pharmacy (Case No. 23-cv-8993) |
| **Attachments:** | Optio Rx v. Crestview City Pharmacy (23-cv-8993).zip |

EXTERNAL: This email originated from outside of the SHUTTS email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe.

Ms. Waites,

Please see the attached Verified Complaint for Injunctive Relief and related pleadings in the above matter.

Regards,
Alex

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP

 **NEAL
GERBER
EISENBERG**

**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**Licet Kelly**

| | |
|---|---|
| **From:** | Dominguez, Alexis M. <adominguez@nge.com> |
| **Sent:** | Monday, May 1, 2023 10:02 AM |
| **To:** | morganmeeks73@yahoo.com |
| **Cc:** | Aliette D. Rodz |
| **Subject:** | Optio Rx v. Crestview City Pharmacy (Case No. 23-cv-8993) |
| **Attachments:** | Optio Rx v. Crestview City Pharmacy (23-cv-8993).zip |

EXTERNAL: This email originated from outside of the SHUTTS email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe.

Ms. Meeks,

Please see the attached Verified Complaint for Injunctive Relief and related pleadings in the above matter.

Regards,
Alex

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP

 **NEAL
GERBER
EISENBERG**

**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**Licet Kelly**

| | |
|---|---|
| **From:** | Dominguez, Alexis M. <adominguez@nge.com> |
| **Sent:** | Monday, May 1, 2023 10:01 AM |
| **To:** | deergirllace@gmail.com |
| **Cc:** | Aliette D. Rodz |
| **Subject:** | Optio Rx v. Crestview City Pharmacy (Case No. 23-cv-8993) |
| **Attachments:** | Optio Rx v. Crestview City Pharmacy (23-cv-8993).zip |

EXTERNAL: This email originated from outside of the SHUTTS email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe.

Ms. Ballard,

Please see the attached Verified Complaint for Injunctive Relief and related pleadings in the above matter.

Regards,
Alex

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP

 **NEAL
GERBER
EISENBERG**

**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.

**Licet Kelly**

| | |
|---|---|
| **From:** | Dominguez, Alexis M. <adominguez@nge.com> |
| **Sent:** | Monday, May 1, 2023 10:02 AM |
| **To:** | myhppyeg@yahoo.com |
| **Cc:** | Aliette D. Rodz |
| **Subject:** | Optio Rx v. Crestview City Pharmacy (Case No. 23-cv-8993) |
| **Attachments:** | Optio Rx v. Crestview City Pharmacy (23-cv-8993).zip |

EXTERNAL: This email originated from outside of the SHUTTS email system. Do not respond, click any links or open any attachments unless you trust the sender and know the content is safe.

Ms. Stafford,

Please see the attached Verified Complaint for Injunctive Relief and related pleadings in the above matter.

Regards,
Alex

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP

 **NEAL GERBER EISENBERG**

**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received it in error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.