UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OPTIO RX, LLC, et al.,
   Plaintiffs,

VS                                CASE NO.    3:23cv8993-MCR/HTC

CRESTVIEW PHARMACY, INC.,
et al.,
   Defendants.

## NOTICE OF HEARING

TAKE NOTICE that the proceeding in the case has been scheduled for the place, date and time set forth below:

**Place:**    United States Courthouse
              One North Palafox Street
              Pensacola, Florida 32502

**Room No:**    Courtroom 5

**Date:**    May 5, 2023

**Time:**    9:00 a.m. CT

**Proceeding:**    Evidentiary hearing before Honorable M. Casey Rodgers

*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*

JESSICA J. LYUBLANOVITS
CLERK OF COURT

May 2, 2023                                                /s/ *Patricia G. Romero*
DATE:                                                        Deputy Clerk:

Copies to:
Honorable M. Casey Rodgers
Counsel of Record