UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| OPTIO RX, LLC & <br> CRESTVIEW PHARMACY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CRESTVIEW CITY PHARMACY, INC., JENNIFER RESHAY DENSMAN, CHRISTOPHER NEIL DENSMAN & BRYAN HENDERSON, <br><br> Defendants, <br><br> AMANDA DAVEY, CLAUDIA BARNETT, KARI WAITES, VICTORIA BALLARD, MORGAN MEEKS, KYNDALL BARBER & ELLEN STAFFORD, <br><br> Nominal Defendants. | Case No. 3:23-cv-08993-MCR-HTC |

## PLAINTIFFS' NOTICE OF COMPLIANCE WITH COURT'S ORDER OF MAY 2, 2023

Plaintiffs, OPTIO RX, LLC & CRESTVIEW PHARMACY, LLC, by and through undersigned counsel, pursuant to the Court's Order dated May 2, 2023 [Dkt. 7] on Plaintiffs' Emergency Verified Motion for Temporary Restraining Order and Preliminary Injunction, and Emergency Motion for Expedited Discovery (the "Order"), the undersigned counsel hereby certifies that Defendants, Crestview City Pharmacy, Inc. (jrwood2010@yahoo.com), Jennifer Reshay Densman

(jrwood2010@yahoo.com), Christopher Neil Densman (nd2044@msn.com) and Bryan Henderson (brhendu@live.com) received notice, via electronic mail, of the Order. Additionally, the undersigned counsel hereby certifies that the Nominal Defendants: Amanda Davey (amandabdavey@gmail.com), Claudia Barnett (claudia.barnett2014@gmail.com), Kari Waites (karilwaites87@gmail.com), Victoria Ballard (nee Mullins) (deergirllace@gmail.com), Morgan Meeks (morganmeeks73@yahoo.com), Kyndall Barber (kyndallbarber@aol.com) and Ellen Stafford (myhppyeg@yahoo.com) received Notice of the Order via electronic mail on May 2, 2023. Copies of those notifications are attached hereto as Exhibit "A".

Dated: May 2, 2023

Respectfully submitted,

**OPTIO RX, LLC & CRESTVIEW PHARMACY, LLC**

BY: */S/ ALIETTE D. RODZ*

Aliette D. Rodz
ARodz@shutts.com
Florida Bar No. 173592
SHUTTS & BOWEN LLP
200 S. Biscayne Boulevard
Suite 4100
Miami, Florida 33131
Telephone: (305) 358-6300

Alexis M. Dominguez
adominguez@nge.com
(*pro hac vice forthcoming*)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, IL  60602-3801
Telephone: (312) 269-8000
Facsimile: (312) 269-1747

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on May 2, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record listed.

*/s/ Aliette D. Rodz*
Attorney

# Ruth Caboverde

| | |
|---|---|
| **From:** | Aliette D. Rodz |
| **Sent:** | Tuesday, May 2, 2023 12:50 PM |
| **To:** | 'jrwood2010@yahoo.com' |
| **Cc:** | Koenigsknecht, John J.; 'Dominguez, Alexis M.'; Ruth Caboverde |
| **Subject:** | Optio Rx v. Crestview City Pharmacy - Case No. 23-cv-8993 - Notice of Service of Order |
| **Attachments:** | Order on Motion for TRO.pdf |

Crestview City Pharmacy, Inc.
Attn: Jennifer Reshay Densman (Registered Agent)
jrwood2010@yahoo.com

Jennifer Reshay Densman
jrwood2010@yahoo.com

On behalf of the Company and you individually, please see attached Order on Plaintiffs' Emergency Verified Motion for Temporary Restraining Order and Preliminary Injunction entered May 2, 2023.


**Aliette D. Rodz** *Chair of International Arbitration and Litigation Practice Group*
Partner | Shutts & Bowen LLP
Tel: (305) 347-7342
200 South Biscayne Blvd., Ste. 4100, Miami, FL 33131
Bio | E-Mail | vCard | www.shutts.com

**Shutts**

# Ruth Caboverde

| | |
|---|---|
| ₊om: | Aliette D. Rodz |
| Sent: | Tuesday, May 2, 2023 12:51 PM |
| To: | 'nd2044@msn.com' |
| Cc: | Koenigsknecht, John J.; 'Dominguez, Alexis M.'; Ruth Caboverde |
| Subject: | Optio Rx v. Crestview City Pharmacy - Case No. 23-cv-8993 - Notice of Service of Order |
| Attachments: | Order on Motion for TRO.pdf |

Christopher Neil Densman
nd2044@msn.com

Please see attached Order on Plaintiffs' Emergency Verified Motion for Temporary Restraining Order and Preliminary Injunction entered May 2, 2023.

**Aliette D. Rodz** *Chair of International Arbitration and Litigation Practice Group*
Partner | Shutts & Bowen LLP
Tel: (305) 347-7342
200 South Biscayne Blvd., Ste. 4100, Miami, FL 33131
Bio | E-Mail | vCard | www.shutts.com



## Licet Kelly

| | |
|---|---|
| **From:** | Aliette D. Rodz |
| **Sent:** | Tuesday, May 2, 2023 12:51 PM |
| **To:** | 'brhendu@live.com' |
| **Cc:** | Koenigsknecht, John J.; 'Dominguez, Alexis M.' |
| **Subject:** | Optio Rx v. Crestview City Pharmacy - Case No. 23-cv-8993 - Notice of Service of Order |
| **Attachments:** | Order on Motion for TRO.pdf |

Bryan Henderson
brhendu@live.com

Please see attached Order on Plaintiffs' Emergency Verified Motion for Temporary Restraining Order and Preliminary Injunction entered May 2, 2023.

**Aliette D. Rodz** *Chair of International Arbitration and Litigation Practice Group*
Partner | Shutts & Bowen LLP
Tel: (305) 347-7342
200 South Biscayne Blvd., Ste. 4100, Miami, FL 33131
Bio | E-Mail | vCard | www.shutts.com



# Ruth Caboverde

| | |
|---|---|
| From: | Aliette D. Rodz |
| Sent: | Tuesday, May 2, 2023 12:49 PM |
| To: | 'amandabdavey@gmail.com' |
| Cc: | Koenigsknecht, John J.; 'Dominguez, Alexis M.'; Ruth Caboverde |
| Subject: | Optio Rx v. Crestview City Pharmacy - Case No. 23-cv-8993 - Notice of Service of Order |
| Attachments: | Order on Motion for TRO.pdf |

Amanda Davey
amandabdavey@gmail.com

Please see attached Order on Plaintiffs' Emergency Verified Motion for Temporary Restraining Order and Preliminary Injunction entered May 2, 2023.

**Aliette D. Rodz** *Chair of International Arbitration and Litigation Practice Group*
Partner | Shutts & Bowen LLP
Tel: (305) 347-7342
200 South Biscayne Blvd., Ste. 4100, Miami, FL 33131
Bio | E-Mail | vCard | www.shutts.com



1

# Ruth Caboverde

| | |
|---|---|
| ₁om: | Aliette D. Rodz |
| Sent: | Tuesday, May 2, 2023 12:49 PM |
| To: | 'kyndallbarber@aol.com' |
| Cc: | Koenigsknecht, John J.; 'Dominguez, Alexis M.'; Ruth Caboverde |
| Subject: | Optio Rx v. Crestview City Pharmacy - Case No. 23-cv-8993 - Notice of Service of Order |
| Attachments: | Order on Motion for TRO.pdf |

Kyndall Barber
kyndallbarber@aol.com

Please see attached Order on Plaintiffs' Emergency Verified Motion for Temporary Restraining Order and Preliminary Injunction entered May 2, 2023.

**Aliette D. Rodz** *Chair of International Arbitration and Litigation Practice Group*
Partner | Shutts & Bowen LLP
Tel: (305) 347-7342
200 South Biscayne Blvd., Ste. 4100, Miami, FL 33131
Bio | E-Mail | vCard | www.shutts.com

Shutts

1

# Ruth Caboverde

| | |
|---|---|
| From: | Aliette D. Rodz |
| Sent: | Tuesday, May 2, 2023 12:49 PM |
| To: | 'karilwaites87@gmail.com' |
| Cc: | Koenigsknecht, John J.; 'Dominguez, Alexis M.'; Ruth Caboverde |
| Subject: | Optio Rx v. Crestview City Pharmacy - Case No. 23-cv-8993 - Notice of Service of Order |
| Attachments: | Order on Motion for TRO.pdf |

Kari Waites
karilwaites87@gmail.com

Please see attached Order on Plaintiffs' Emergency Verified Motion for Temporary Restraining Order and Preliminary Injunction entered May 2, 2023.

**Aliette D. Rodz** *Chair of International Arbitration and Litigation Practice Group*
Partner | Shutts & Bowen LLP
Tel: (305) 347-7342
200 South Biscayne Blvd., Ste. 4100, Miami, FL 33131
Bio | E-Mail | vCard | www.shutts.com



1

# Ruth Caboverde

| | |
|---|---|
| From: | Aliette D. Rodz |
| Sent: | Tuesday, May 2, 2023 12:48 PM |
| To: | 'deergirllace@gmail.com' |
| Cc: | Koenigsknecht, John J.; 'Dominguez, Alexis M.'; Ruth Caboverde |
| Subject: | Optio Rx v. Crestview City Pharmacy - Case No. 23-cv-8993 - Notice of Service of Order |
| Attachments: | Order on Motion for TRO.pdf |

Victoria Ballard
deergirllace@gmail.com

Please see attached Order on Plaintiffs' Emergency Verified Motion for Temporary Restraining Order and Preliminary Injunction entered May 2, 2023.

**Aliette D. Rodz** *Chair of International Arbitration and Litigation Practice Group*
Partner | Shutts & Bowen LLP
Tel: (305) 347-7342
200 South Biscayne Blvd., Ste. 4100, Miami, FL 33131
Bio | E-Mail | vCard | www.shutts.com



1

## Ruth Caboverde

| | |
|---|---|
| **From:** | Aliette D. Rodz |
| **Sent:** | Tuesday, May 2, 2023 12:48 PM |
| **To:** | 'myhppyeg@yahoo.com' |
| **Cc:** | Koenigsknecht, John J.; 'Dominguez, Alexis M.'; Ruth Caboverde |
| **Subject:** | Optio Rx v. Crestview City Pharmacy - Case No. 23-cv-8993 - Notice of Service of Order |
| **Attachments:** | Order on Motion for TRO.pdf |

Ellen Stafford
myhppyeg@yahoo.com

Please see attached Order on Plaintiffs' Emergency Verified Motion for Temporary Restraining Order and Preliminary Injunction entered May 2, 2023.


**Aliette D. Rodz** *Chair of International Arbitration and Litigation Practice Group*
Partner | Shutts & Bowen LLP
Tel: (305) 347-7342
200 South Biscayne Blvd., Ste. 4100, Miami, FL 33131
Bio | E-Mail | vCard | www.shutts.com



1

# Ruth Caboverde

| | |
|---|---|
| **From:** | Aliette D. Rodz |
| **Sent:** | Tuesday, May 2, 2023 12:47 PM |
| **To:** | 'morganmeeks73@yahoo.com' |
| **Cc:** | Koenigsknecht, John J.; 'Dominguez, Alexis M.'; Ruth Caboverde |
| **Subject:** | Optio Rx v. Crestview City Pharmacy - Case No. 23-cv-8993 - Notice of Service of Order |
| **Attachments:** | Order on Motion for TRO.pdf |

Morgan Meeks
morganmeeks73@yahoo.com

Please see attached Order on Plaintiffs' Emergency Verified Motion for Temporary Restraining Order and Preliminary Injunction entered May 2, 2023.

**Aliette D. Rodz** *Chair of International Arbitration and Litigation Practice Group*
Partner | Shutts & Bowen LLP
Tel: (305) 347-7342
200 South Biscayne Blvd., Ste. 4100, Miami, FL 33131
Bio | E-Mail | vCard | www.shutts.com



1

# Ruth Caboverde

| | |
|---|---|
| **From:** | Aliette D. Rodz |
| **Sent:** | Tuesday, May 2, 2023 12:47 PM |
| **To:** | 'claudia.barnett2014@gmail.com' |
| **Cc:** | Koenigsknecht, John J.; 'Dominguez, Alexis M.'; Ruth Caboverde |
| **Subject:** | Optio Rx v. Crestview City Pharmacy - Case No. 23-cv-8993 - Notice of Service of Order |
| **Attachments:** | Order on Motion for TRO.pdf |

Claudia Barnett
claudia.barnett2014@gmail.com

Please see attached Order on Plaintiffs' Emergency Verified Motion for Temporary Restraining Order and Preliminary Injunction entered May 2, 2023.

**Aliette D. Rodz** *Chair of International Arbitration and Litigation Practice Group*
Partner | Shutts & Bowen LLP
Tel: (305) 347-7342
200 South Biscayne Blvd., Ste. 4100, Miami, FL 33131
Bio | E-Mail | vCard | www.shutts.com



1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**OPTIO RX, LLC, et al.,**

    **Plaintiffs,**

v.                                                                      CASE NO. 3:23-cv-08993-MCR-HTC

**CRESTVIEW CITY
PHARMACY, INC., et al.,**

    **Defendants.**
_____/

## ORDER

Pending before the Court is Plaintiff Optio Rx, LLC and Crestview Pharmacy, LLC's (collectively, "Plaintiffs") Emergency Verified Motion for Temporary Restraining Order ("TRO") and Preliminary Injunction. ECF No. 1-5. On consideration, the Court finds that Plaintiffs' motion should be decided following an evidentiary hearing.

OptioRx operates pharmacies nationwide, including Crestview Pharmacy located in Crestview, Florida. The individually named Defendants were formerly

CASE NO. 3:23-cv-08993-MCR-HTC

employed at Crestview Pharmacy.[1] The nine-count Verified Complaint[2] and the Verified Motion for Temporary Restraining Order and Preliminary injunction allege that Defendants have committed "unlawful competitive activity" by leaving their employment at Crestview Pharmacy, causing a mass exodus of employees who were solicited to join them, and starting a competing pharmacy called Crestview City Pharmacy, endangering Plaintiffs' trade secrets and confidential client information and soliciting Crestview Pharmacy's customers. ECF No. 1-6 at 6-7. The Plaintiffs request a TRO providing "emergency injunctive relief to enjoin further unlawful competitive activity by Defendants" pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rule 7.1(L). *Id.* at 7. The Plaintiffs provided no security but argue that no bond should be required.

The Federal Rules of Civil Procedure provides that an *ex parte* TRO may issue only if (1) "specific facts in an affidavit or a verified complaint clearly show that

---

[1] The Defendants consist of Crestview City Pharmacy, LLC, Jennifer Reshay Densman, Christopher Neil Densman, and Bryan Henderson. (collectively, "Defendants"). Additionally, the Plaintiffs refer to Amanda Davey, Claudia Barnett, Kari Waites, Victoria Ballard,-Morgan Meeks, Kyndall Barber and Ellen Stafford a "Nominal Defendants." ECF No. 1 at 1-2.

[2] More specifically, the Verified Complaint includes counts for: (1) federal unfair competition in violation of § 1125(a) of the Lanham Act; (2) Florida common law trademark infringement and unfair competition; (3) misappropriation of trade secrets in violation of the defend trade secrets act; (4) violations of Fla. Stat. § 688.02 Florida uniform trade secrets act; (5) breach of contract; (6) tortious interference with contract; (7) breach of duty of loyalty; (8) unfair competition; and (9) civil conspiracy. ECF No. 1.

CASE NO. 3:23-cv-08993-MCR-HTC

Page 3 of 5

immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition," and (2) "the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b). Also, the court may issue a TRO "only if the movant gives security in an amount that the court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained." Fed. R. Civ. P. 65(c).

Here, the Plaintiffs' initial TRO request did not include Rule 65(b)'s attorney certification requirement. As a result, the Court ordered that the certification be submitted before any ruling on the motion would issue. In response, Plaintiffs' attorney certified that Plaintiffs have now provided actual notice of the verified complaint and TRO request to Defendants. Given that actual notice has been provided, the Court finds it appropriate to convert the request for an emergency TRO into an emergency preliminary injunction motion and schedule a hearing, giving the Defendants an opportunity to appear and respond.[3] ECF No. 5. Because "notice is

---

[3] The Court's Order on April 29, 2023 found the TRO motion deficient because the Plaintiffs did not include counsel's certification in writing as to the efforts made to give notice and the specific reasons why notice should not be required, as required by Rule 65(b)(1)(B). ECF No. 5. Plaintiffs' response to the order was to provide actual notice to the Defendants rather an explanation for why notice should not be required. Given that Defendants now have notice, a TRO without notice isn't appropriate.

CASE NO. 3:23-cv-08993-MCR-HTC

Page 4 of 5

initiated, it 'in essence eliminates the request for a TRO.'" *Glob. Lab Partners, LLC v. DirectMed DX*, LLC, 3:18CV246-MCR/CJK, 2018 WL 889481, at *3 n.3 (N.D. Fla. Feb. 14, 2018) (citing *United Subcontractors, Inc. v. Godwin*, No. 11-81329-CIV-Hurley/Hopkins, 2011 WL 13228999, at *2 (S.D. Fla. Dec. 12. 2011) (report and recommendation recommending the denial of a TRO on allegations of breach of a noncompete agreement), *adopted by* 2012 WL 13019740 (S.D. Fla. Jan. 3, 2012)); *United States v. Alabama*, 791 F.2d 1450, 1458 (11th Cir. 1986) ("The former Fifth Circuit has indicated that 'where the opposing party has notice of the application for the temporary restraining order, such order does not differ functionally from a preliminary injunction,'" and one to three days' notice was sufficient).

Also pending is Plaintiffs' Emergency Motion for Expedited Discovery, seeking written discovery as well as depositions of the Individual Defendants. ECF No. 1–7. The motion will be denied without prejudice because an emergency expedited hearing is granted as requested. If Plaintiffs decide that discovery is

CASE NO. 3:23-cv-08993-MCR-HTC

Page 5 of 5

needed prior to the hearing, they may renew the motion and request a continuance of the hearing.[4]

Accordingly:

1. Plaintiffs' Emergency Verified Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 1-5, will be decided following an evidentiary hearing. An evidentiary hearing is hereby scheduled for **Friday, May 5, 2023 at 9:00 a.m. (CDT)**, in Courtroom 5, United States Courthouse, One North Palafox Street, Pensacola, FL 32502.

2. Plaintiffs' Emergency Motion for Expedited Discovery, ECF No. 1–7, is **DENIED without prejudice.**

3. Plaintiffs are directed to promptly serve the Defendants with this Order and to file a notice of compliance on the Court's docket.

**DONE AND ORDERED** this 2nd day of May 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[4] If the motion is renewed, the Court will permit only written discovery prior to the hearing, not depositions. Plaintiffs are free to subpoena the Individual Defendants to secure their testimony at the hearing.

CASE NO. 3:23-cv-08993-MCR-HTC