# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

OPTIO RX, LLC &
CRESTVIEW PHARMACY, LLC,

    Plaintiffs,

                                     Case No. 3:23-CV-08993-MCR-HTC

v.

CRESTVIEW CITY PHARMACY,
INC., JENNIFER RESHAY
DENSMAN, CHRISTOPHER NEIL
DENSMAN & BRYAN
HENDERSON,

    Defendants,

AMANDA DAVEY, CLAUDIA
BARNETT, KARI WAITES,
VICTORIA BALLARD,
MORGAN MEEKS KYNDALL
BARBER & ELLEN STAFFORD,

    Nominal Defendants
_____/

## NOTICE OF _LIMITED_ APPEARANCE ON BEHALF OF DEFENDANTS CRESTVIEW CITY PHARMACY, INC., JENNIFER RESHAY DENSMAN, AND CHRISTOPHER NEIL DENSMAN

PLEASE TAKE NOTICE that the undersigned attorneys and law firm enter this notice of _limited_ appearance as counsel for Defendants CRESTVIEW CITY PHARMACY, INC., JENNIFER RESHAY DENSMAN, AND CHRISTOPHER

NEIL DENSMAN ("Densman Defendants"), for the sole and limited purpose of representing them in connection with Plaintiffs' Emergency Verified Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 1-6], which this Court has set for evidentiary hearing on Friday, May 5, 2023, beginning at 9:00 am CT, in the Pensacola courthouse.

The Densman Defendants have not yet been served with process of service in this action, and do not waive, and expressly reserve, their rights to challenge sufficiency of service of process and this Court's subject matter jurisdiction and personal jurisdiction, and to assert any and all legal and equitable defenses which may be available to them pursuant to applicable law.

Undersigned counsel requests that, for the duration of their appearance on behalf of the Densman Defendants, copies of all future pleadings, correspondence and other documents filed and/or served in this action be directed to them at the email addresses indicated in the signature block.

Dated: May 2, 2023.                    Respectfully submitted,

                                                                           BERGER SINGERMAN LLP
*Attorneys for Defendants Crestview City Pharmacy, Inc., Jennifer Reshay Densman, and Christopher Neil Densman (via limited appearance)*
313 North Monroe Street, Suite 301
Tallahassee, Florida 32301
Telephone: 850-561-3010
Facsimile: 850-561-3013

By: /s/ *Ruth Vafek*
    Ruth Vafek
    Florida Bar No. 34220
    rvafek@bergersingerman.com
    zmorton@bergersingerman.com
    drt@bergersingerman.com
    Jordi Guso
    Florida Bar No. 868580
    jguso@bergersingerman.com
    fsellers@bergersingerman.com
    drt@bergersingerman.com

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's Transmission Facilities on all persons appearing before this court.

By: /s/ *Ruth Vafek*
    Ruth Vafek