UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| OPTIO RX, LLC & CRESTVIEW PHARMACY, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>CRESTVIEW CITY PHARMACY, INC., JENNIFER RESHAY DENSMAN, CHRISTOPHER NEIL DENSMAN & BRYAN HENDERSON,<br><br>    Defendants,<br><br>AMANDA DAVEY, CLAUDIA BARNETT, KARI WAITES, VICTORIA BALLARD, MORGAN MEEKS, KYNDALL BARBER & ELLEN STAFFORD<br><br>    Nominal Defendants. | Case No. 3:23-CV-08993 |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 11.1(C), Plaintiffs Optio Rx, LLC and Crestview Pharmacy, LLC, through the undersigned counsel, respectfully move for the admission pro hac vice of Alexis M. Dominguez, a licensed member of the Illinois Bar. Mr. Dominguez has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

1. Mr. Dominguez resides in Illinois, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

35168963.1

2. Mr. Dominguez is a partner with the law firm of Neal, Gerber & Eisenberg LLP, 2 N. LaSalle Street, Suite 1700, Chicago, Illinois 60602 and regularly practices law in Illinois.

3. Mr. Dominguez is admitted to and is an active member in good standing of the bars of Illinois, the Northern District of Illinois, the Central District of Illinois, the Northern District of Indiana, and the D.C. Circuit Court of Appeals. A current Certificate of Good Standing from the Illinois ARDC is attached as Exhibit A.

4. Mr. Dominguez has complied with the requirements of Local Rule 11.1(E) by completing the Attorney Admission Tutorial and exam and the CM/ECF Attorney User's Guide on April 27, 2023. His confirmation number is FLND1682643202463.

5. Mr. Dominguez studied and is familiar with the Local Rules of this District.

6. Mr. Dominguez has an active, upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is adominguez@nge.com.

7. Mr. Dominguez will pay the required $208.00 pro hac vice fee for this case at the time of filing.

8. Mr. Dominguez is in contact with counsel for the Defendants and, if an agreement is reached, will submit an agreed order regarding the instant motion.

WHEREFORE, Plaintiffs respectfully request that the Court permit Alexis M. Dominguez to appear pro hac vice.

35168963.1

Dated:  May 2, 2023

Respectfully submitted,

**OPTIO RX, LLC & CRESTVIEW PHARMACY, LLC**

By: /s/ Alexis M. Dominguez
　　　　One of Their Attorneys

Aliette D. Rodz
ARodz@shutts.com
SHUTTS & BOWEN LLP
200 S. Biscayne Boulevard
Suite 4100
Miami, Florida 33131
Telephone: (305) 358-6300

Alexis M. Dominguez
adominguez@nge.com
(*pro hac vice forthcoming*)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, IL  60602-3801
Telephone: (312) 269-8000
Facsimile: (312) 269-1747

*Attorneys for Plaintiffs*

35168963.1

## Certificate of Service

I HEREBY CERTIFY that on May 2, 2023, I electronically filed the foregoing document using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing to all attorneys of record.

/s/ Alexis M. Dominguez

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Alexis Manuel Dominguez

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2011 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 1st day of May, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois