# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

OPTIO RX, LCC and
CRESTVIEW PHARAMCY, LLC,

    Plaintiffs,

v.

CRESTVIEW CITY PHARMACY,
et al.,

    Defendants.

Case No. 3:23cv8993-MCR-HTC

## ORDER

Pending before the Court is the Motion for Admission Pro Hac Vice, ECF No. 12, seeking leave for Attorney Alexis M. Dominguez of Neal, Gerber & Eisenberg LLP, to appear before this Court as counsel on behalf of Plaintiffs Optio Rx, LLC and Crestview Pharmacy, LLC. The motion demonstrates that Attorney Alexis M. Dominguez is a member in good standing of the State Bar of Illinois as stated on the certificate of good standing dated within 30 days of the filing of the motion; has successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and has also paid the required admission fee.  Having fully reviewed the matter, the Court finds the requirements of the Court's local rules satisfied, *see* N.D. Fla. Loc. R. 11.1, and the motion is due to be granted.

    Accordingly:

1. The Motion for Admission Pro Hac Vice, ECF No. 12, is **GRANTED**.

2. Attorney Alexis M. Dominguez of Neal, Gerber & Eisenberg LLP, is admitted *pro hac vice* to represent Plaintiffs Optio Rx, LLC and Crestview Pharmacy, LLC, pursuant to Local Rule 11.1(C).

**DONE AND ORDERED** this 4th day of May 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**