UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| OPTIO RX, LLC & <br> CRESTVIEW PHARMACY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CRESTVIEW CITY PHARMACY, INC., JENNIFER RESHAY DENSMAN, CHRISTOPHER NEIL DENSMAN & BRYAN HENDERSON, <br><br> Defendants, <br><br> AMANDA DAVEY, CLAUDIA BARNETT, KARI WAITES, VICTORIA BALLARD, MORGAN MEEKS, KYNDALL BARBER & ELLEN STAFFORD, <br><br> Nominal Defendants. | Case No. 3:23-cv-08993-MCR-HTC |

## PLAINTIFFS' NOTICE OF FILING EMAIL COMMUNICATIONS WITH BRYAN HENDERSON

Plaintiffs, OPTIO RX, LLC & CRESTVIEW PHARMACY, LLC, by and through undersigned counsel, hereby give notice of filing email communications with Bryan Henderson (brhendu@live.com) regarding notice of the Evidentiary Hearing scheduled for Friday, May 5, 2023. Copies of the email communications with Bryan Henderson are attached hereto as Exhibit "A".

Dated: May 4, 2023  Respectfully submitted,

**OPTIO RX, LLC & CRESTVIEW PHARMACY, LLC**

BY: */S/ ALIETTE D. RODZ*

Aliette D. Rodz
ARodz@shutts.com
Florida Bar No. 173592
SHUTTS & BOWEN LLP
200 S. Biscayne Boulevard
Suite 4100
Miami, Florida 33131
Telephone: (305) 358-6300

-and-

Alexis M. Dominguez
adominguez@nge.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, IL 60602-3801
Telephone: (312) 269-8000
Facsimile: (312) 269-1747

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on May 4, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record listed.

/s/ *Aliette D. Rodz*
Attorney

# EXHIBIT A

# Aliette D. Rodz

| | |
|---|---|
| **From:** | Bryan Henderson <brhendu@live.com> |
| **Sent:** | Wednesday, May 3, 2023 7:59 PM |
| **To:** | Dominguez, Alexis M. |
| **Cc:** | Aliette D. Rodz |
| **Subject:** | Re: OptioRx v. Crestview City Pharmacy (Case No. 23-cv-8993) |
| **Attachments:** | image176133.png |

CAUTION EXTERNAL EMAIL

I'm not supposed to be home until Friday evening after graduation and I have gotten such short notice I'm attempting to find some.

Sent from my iPhone

> On May 3, 2023, at 6:42 PM, Dominguez, Alexis M. <adominguez@nge.com> wrote:
>
> Bryan: Thanks for the update/quick response. Are you back from your trip now and able to accept service at home? Or should we try you elsewhere?
>
> Also, please let us know regarding Friday's hearing. Will you be appearing pro se or do you have counsel?
>
> Thanks,
> Alex
>
> Get Outlook for iOS
>
> **Alexis M. Dominguez**
> Partner
> Neal, Gerber & Eisenberg LLP
>
> ---
>
> **p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
> *Pronouns: he/him/his*
> Two North LaSalle Street, Suite 1700, Chicago, IL 60602
> www.nge.com
>
> Confidentiality Notice: This communication is confidential and may contain privileged information. If you have received i error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying or further transmitting the same.
>
> **From:** Bryan Henderson <brhendu@live.com>
> **Sent:** Wednesday, May 3, 2023 7:14:42 PM
> **To:** Dominguez, Alexis M. <adominguez@nge.com>
> **Cc:** Aliette D. Rodz <ARodz@shutts.com>
> **Subject:** Re: OptioRx v. Crestview City Pharmacy (Case No. 23-cv-8993)

1

Alex,

Sorry sir. Been out of town for my daughters birthday and graduation from University of Florida.

Sent from my iPhone

> On May 3, 2023, at 2:52 PM, Dominguez, Alexis M. <adominguez@nge.com> wrote:
>
> Bryan,
>
> Our process servers repeatedly have attempted to serve you with Court papers in this matter at your home address, 3084 Whitley Oaks Lane Pace FL 32571. They also repeatedly have attempted to reach you by phone (850-293-8459). Thus far, their attempts to reach you have been unsuccessful. Please advise whether there is another address and/or phone number where you can be reached.
>
> Additionally, per the attached Order, this matter is scheduled for an evidentiary hearing on Friday, May 5, 2023 at 9:00 AM before Judge Rodgers. Please advise whether you are represented by counsel or intend to appear pro se in this matter.
>
> Regards,
> Alex
>
> **Alexis M. Dominguez**
> Partner
> Neal, Gerber & Eisenberg LLP
> p: 312.269.8476 | f: 312.429.3518 | e: adominguez@nge.com
> *Pronouns: he/him/his*
>
> <image001.png>
>
> Confidentiality Notice: This communication is confidential and may contain privileged information. If you have re error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying o transmitting the same.
>
> **From:** Dominguez, Alexis M.
> **Sent:** Friday, April 28, 2023 8:42 AM
> **To:** Bryan Henderson <brhendu@live.com>
> **Subject:** RE: Cease and Desist
>
> Bryan,
>
> I am informed by OptioRx that you are in possession certain controlled substances (i.e., testosterone) that was improperly taken from the pharmacy on April 20, 2023, after you were placed on administrative leave. I believe that you also are in possession of a Company-issued iPad. Please confirm that these items will be returned immediately.

2

Alex

**Alexis M. Dominguez**
Partner
Neal, Gerber & Eisenberg LLP
**p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com
*Pronouns: he/him/his*

<image001.png>

Confidentiality Notice: This communication is confidential and may contain privileged information. If you have re error, please notify the sender by reply e-mail and immediately delete it and any attachments without copying o transmitting the same.

**From:** Bryan Henderson <brhendu@live.com>
**Sent:** Monday, April 24, 2023 7:30 PM
**To:** Dominguez, Alexis M. <adominguez@nge.com>
**Subject:** Re: Cease and Desist

**CAUTION EXTERNAL EMAIL**

Received sir. I have and will continue to follow our agreement. Hoping to get back to taking care of folks.
Bryan

Sent from my iPhone

> On Apr 20, 2023, at 10:45 AM, Dominguez, Alexis M. <adominguez@nge.com> wrote:
>
> Mr. Henderson,
>
> Please see the attached correspondence concerning your legal obligations to Optio Rx, LLC. Your immediate attention and response is appreciated.
>
> Regards,
> Alex
>
> **Alexis M. Dominguez**
> Partner
> Neal, Gerber & Eisenberg LLP
>
> <image001.png>
>
> **p:** 312.269.8476 | **f:** 312.429.3518 | **e:** adominguez@nge.com

*Pronouns: he/him/his*
Two North LaSalle Street, Suite 1700, Chicago, IL 60602
www.nge.com

Confidentiality Notice: This communication is confidential and may contain privileged information. If you
error, please notify the sender by reply e-mail and immediately delete it and any attachments without co
transmitting the same.

<Cease and Desist Letter - Bryan Henderson.pdf>
<Employment Agreement - B. Henderson.PDF>
<Membership Interest Purchase Agreement - Crestview - Excertped
Pages.pdf>

<Order on Motion for TRO.pdf>