# RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### NOTHERN District of Florida

Case Number: 3:23-CV-08993-MCR-HTC

Plaintiff:
**OPTIO Rx, LLC & CRESTVIEW PHARMACY, LLC**

vs.

Defendant:
**CRESTVIEW CITY PHARMACY, INC., ET AL.**

For:
Shutts & Bowen LLP
200 South Biscayne Blvd., Ste. 4100
Miami, FL 33131

Received by Magic City Process Service, LLC on the 1st day of May, 2023 at 12:38 pm to be served on **Crestview City Pharmacy, Inc. Attn: Jennifer Reshay Densman (Registered Agent), 852 Melton Rd, BAKER, FL 32531**.

I, JOE HURLEY, do hereby affirm that on the **3rd day of May, 2023** at **9:40 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS, LETTER, CIVIL COVER SHEET, VERIFIED COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF, EXHIBITS ORDER: NOTICE OF HEARING** with the date and hour of service endorsed thereon by me, to: **Jennifer Reshay Densman** as **Defendant/Registered Agent** for **Crestview City Pharmacy, Inc.**, at the address of: **310 Sou8th Ferdon Blvd, Crestview, FL 32536**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server. Under Penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it true. Notary Not Required (F.S. 92.525).

_____
**JOE HURLEY** 506
Process Server

**Magic City Process Service, LLC**
**1825 PONCE DE LEON BLVD #283**
**CORAL GABLES, FL 33134**
**(786) 539-7227**

Our Job Serial Number: MGS-2023002746

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n