## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
NOTHERN District of Florida

Case Number: 3:23-CV-08993-MCR-HTC

Plaintiff:
**OPTIO Rx, LLC & CRESTVIEW PHARMACY, LLC**

vs.

Defendant:
**CRESTVIEW CITY PHARMACY, INC., ET AL.**

For:
Shutts & Bowen LLP
200 South Biscayne Blvd., Ste. 4100
Miami, FL 33131

Received by Magic City Process Service, LLC on the 2nd day of May, 2023 at 12:25 pm to be served on **Kyndall Barber, 6448 Amanda Court, Crestview,, FL 32536**.

I, Joe G. Hurley CPS #506, do hereby affirm that on the **3rd day of May, 2023** at **7:57 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, LETTER, CIVIL COVER SHEET, VERIFIED COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF, EXHIBITS** with the date and hour of service endorsed thereon by me, to: **Kyndall Barber** at the address of: **6448 Amanda Court, Crestview,, FL 32536**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Pursuant to FS 92.525 (2), no notary is required

Joe G. Hurley CPS #506
Certified Process Server

**Magic City Process Service, LLC**
**1825 Ponce De Leon Blvd**
**#283**
**Coral Gables, FL 33134**
**(305) 733-6635**

Our Job Serial Number: MGS-2023002783