# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## NOTHERN District of Florida

Case Number: 3:23-CV-08993-MCR-HTC

**Plaintiff: OPTIO Rx, LLC & CRESTVIEW PHARMACY, LLC**
vs.
**Defendant: CRESTVIEW CITY PHARMACY, INC., ET AL.**

For:
Shutts & Bowen LLP
200 South Biscayne Blvd., Ste. 4100
Miami, FL 33131

Received by Magic City Process Service, LLC on the 1st day of May, 2023 at 12:44 pm to be served on **Christopher Neil Densman, 4804 Covenant Circle, PACE, FL 32571**.

I, Joe G. Hurley CPS #506, do hereby affirm that on the **3rd day of May, 2023** at **9:42 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS, LETTER, CIVIL COVER SHEET, VERIFIED COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF, EXHIBITS; ORDER; NOTICE OF HEARING** with the date and hour of service endorsed thereon by me, to: **Christopher Neil Densman** at the alternate address of: **310 South Ferdon Blvd, Crestview, FL 32536**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 40s, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 175, Hair: BROWN/BEARD, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Pursuant to FS 92.525 (2), no notary is required

Joe G. Hurley CPS #506
Certified Process Server

**Magic City Process Service, LLC**
1825 Ponce De Leon Blvd
#283
Coral Gables, FL 33134
(305) 733-6635

Our Job Serial Number: MGS-2023002749