UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**OPTIO RX, LLC & CRESTVIEW PHARMACY, LLC,**

       Plaintiff,

vs.

**CRESTVIEW CITY PHARMACY, INC., JENNIFER RESHAY DENSMAN, CHRISTOPHER NEIL DENSMAN & BRYAN HENDERSON,**

       Defendants,

**AMANDA DAVEY, CLAUDIA BARNETT, KARI WAITES, VICTORIA BALLARD, MORGAN MEEKS, KYNDALL BARBER & ELLEN STAFFORD,**

       Nominal Defendants,

CIVIL ACTION NO.
3:23-cv-08993-MCR-HTC

## DEFENDANT HENDERSON'S MOTION TO APPEAR BY ZOOM

COMES NOW, Defendant, Bryan Henderson, by and through his undersigned counsel, and respectfully requests that this Court allow him to appear at the May 5, 2023 evidentiary hearing before the Honorable M. Casey Rodgers via Zoom and in support thereof states as follows:

1. Plaintiffs filed their Complaint including Exhibit 5 to the Complaint –

Plaintiffs' Emergency Verified Motion for Temporary Restraining Order and Preliminary Injunction on April 28, 2023.

2. As of this date, Defendant Henderson has not been served with the Complaint.

3. On May 2, 2023, this Court issued an Order setting an evidentiary hearing for Friday, May 5, 2023.

4. On May 3, 2023, Defendant Henderson received an email from Plaintiff's counsel (sent on Mary 2, 2023) sending him a copy of this Court's Order.

5. Defendant Henderson was already on a previously scheduled trip to Gainesville, Florida for his daughter's birthday and graduation from college, scheduled for 8 p.m. on May 4th. His plans additionally included remaining in Gainesville, Florida on May 5th to assist his daughter in moving out and returning to her home.

6. Defendant Henderson respectfully requests permission to attend the evidentiary hearing via Zoom.

WHEREFORE, Defendant Henderson prays that this Court enter an Order granting this motion, allowing him to appear at the hearing on May 5, 2023 at 8:00 am CT by Zoom, and providing instructions and a Zoom link for said hearing, and for such other relief as the Court sees proper.

## **CERTIFICATE OF ATTORNEY CONFERENCE**

Defendant Henderson, pursuant to Rule 7.1(B) of the Local Rules of the Northern District of Florida, hereby certifies that on May 4, 2023, the undersigned Defendant's counsel conferred via email on the morning of May 4, 2023, with Plaintiff's counsel, Aliette Rodz, in good faith regarding the issues raised herein and Plaintiff's counsel has not responded to the request.

                                      Respectfully submitted,

                              */s/ Jennifer Shoaf Richardson*
                              Jennifer Shoaf Richardson
                              Florida Bar No. 0067998
                              EMMANUEL, SHEPPARD & CONDON
                              30 S. Spring Street
                              Pensacola, FL  32502
                              (850) 433-658
                              **Primary E-mail**:
                              jrichardson@esclaw.com
                              **Secondary E-mail**:
                              adk@esclaw.com
                              frb@esclaw.com

                              Attorney for the Defendant
                              Bryan Henderson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of May, 2023, a true copy of the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF System which will send notice of electronic filing to the following:

**Attorneys for Plaintiffs**
Alexis Manuel Dominguez, Esq.
Neal Gerber & Eisenberg LLLP Chicago IL
2 N Lasalle Street
Suite 1700
Chicago, IL 60602
Email: adominguez@nge.com

Aliette Delpozo Rodz, Esq.
Shutts & Bowen LLP -Miami FL
200 S Biscayne Blvd, Suite 4100
Miami, FL 33131
Email: arodz@shutts.com

and

**Attorneys for Defendants**
Crestview City Pharmacy, Inc., Jennifer Reshay Densman,
and Christopher Neil Densman

Ruth Ellen Vafek, Esq.
Berger Singerman LLP -Fort Lauderdale FL
201 E Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301
Email: rvafek@bergersingerman.com

*/s/ Jennifer Shoaf Richardson*
Jennifer Shoaf Richardson
Florida Bar No. 0067998

## **CERTIFICATION PURSUANT TO LOC. R. CIV. P. 1(F)**

Pursuant to Local Rule of Civil Procedure 7.1(F), I hereby certify that the foregoing Defendant Henderson's Motion to Appear by Zoom contains 382 words, inclusive of headings, footnotes, and quotations, but exclusive of case style, signature block and Certificate of Service.

Consistent with Rule 7.1.(F), I am relying upon Microsoft Word for Office 365 for the word count provided in this Certification.

*/s/ Jennifer Shoaf Richardson*
Jennifer Shoaf Richardson
Florida Bar No. 0067998