UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OPTIO RX, LLC, et al.,
    Plaintiffs,

v.

CRESTVIEW CITY PHARMACY, INC., et al.,
    Defendants.

CASE NO. 3:23-cv-08993-MCR-HTC

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   May 4, 2023

Motion/Pleadings: MOTION TO APPEAR BY ZOOM

Filed by Defendant, Bryan Henderson on May 4, 2023 Doc. # 26

____ Stipulated     ____ Joint Pleading
____ Unopposed     ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ *Patricia G. Romero*
Deputy Clerk:    Patricia G. Romero

On consideration, the motion is **GRANTED** for good cause shown and the reasons set forth in Defendant's motion. Defendant Bryan Henderson will be allowed to attend the evidentiary hearing on May 5, 2023 via zoom video conference.

**DONE** and **ORDERED** this 4th day of May 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**