# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
NOTHERN District of Florida

Case Number: 3:23-CV-08993-MCR-HTC

Plaintiff:
**OPTIO Rx, LLC & CRESTVIEW PHARMACY, LLC**

vs.

Defendant:
**CRESTVIEW CITY PHARMACY, INC., ET AL.**

For:
Shutts & Bowen LLP
200 South Biscayne Blvd., Ste. 4100
Miami, FL 33131

Received by Magic City Process Service, LLC on the 15th day of May, 2023 at 12:18 pm to be served on **Bryan Henderson, 3084 WHITLEY OAKS LANE, PACE, FL 32571**.

I, Robert Blinxt 512, do hereby affirm that on the **18th day of May, 2023** at **9:10 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, VERIFIED COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF, EXHIBITS, ORDER** with the date and hour of service endorsed thereon by me, to: **Bryan Henderson** at the address of: **3084 WHITLEY OAKS LANE, PACE, FL 32571**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server. Under Penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it true. Notary Not Required (F.S. 92.525).

**Robert Blinxt 512**
Process Server

**Magic City Process Service, LLC
1825 PONCE DE LEON BLVD #283
CORAL GABLES, FL 33134
(786) 539-7227**

Our Job Serial Number: MGS-2023003176