UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| OPTIO RX, LLC & <br> CRESTVIEW PHARMACY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CRESTVIEW CITY PHARMACY, INC., <br> JENNIFER RESHAY DENSMAN, <br> CHRISTOPHER NEIL DENSMAN & <br> BRYAN HENDERSON, <br><br> Defendants, <br><br> AMANDA DAVEY, CLAUDIA <br> BARNETT, KARI WAITES, VICTORIA <br> BALLARD, MORGAN MEEKS, <br> KYNDALL BARBER & ELLEN <br> STAFFORD, <br><br> Nominal Defendants. | Case No. 3:23-cv-08993-MCR-HTC |

**JOINT STIPULATION RESOLVING CERTAIN ISSUES ADDRESSED AT PRELIMINARY INJUNCTION HEARING OF MAY 5, 2023**

This cause came before the Honorable M. Casey Rodgers on May 5, 2023 (the "Hearing"), on OPTIO RX, LLC's and CRESTVIEW PHARMACY, LLC's, (collectively, "Plaintiffs") Verified Motion for Temporary Restraining Order and Preliminary Injunction [Dkt. 1-6] (the "Verified Motion") requesting the Court enjoin Defendants CRESTVIEW CITY PHARMACY, INC., JENNIFER RESHAY DENSMAN, CHRISTOPHER NEIL DENSMAN (collectively the

"Densman Defendants"), BRYAN HENDERSON ("Mr. Henderson"), and Nominal Defendants: AMANDA DAVEY, CLAUDIA BARNETT[1], KARI WAITES, VICTORIA BALLARD, MORGAN MEEKS, KYNDALL BARBER, and ELLEN STAFFORD (collectively, "Nominal Defendants") (the Densman Defendants, Mr. Henderson, and Nominal Defendants shall hereinafter collectively be referred to as "Defendants") from using the "Crestview" name for any purpose whatsoever, from otherwise engaging in unfair competition and defamation and/or disparagement of Plaintiffs, and enforcing all post-termination obligations against Defendants, amongst other things.

At the Hearing, Plaintiffs and Defendants reached accord on certain issues thereby obviating the need for further litigation on same (hereinafter, the "Stipulations"). From May 5, 2023, until the conclusion of this action, or until further order of the Court or final judgment, **the Densman Defendants, Mr. Henderson, and the Hearing Nominal Defendants[2], noted herein respectively, covenant and agree to the following**:

---

[1] Mrs. Barnett did not appear at the Hearing and is not subject to this Stipulation.

[2] The Stipulations apply uniformly to the Densman Defendants. Mr. Henderson has agreed to adhere to the terms of his Employment Agreement with Crestview Pharmacy, LLC. The Nominal Defendants who appeared at the hearing (i.e., Amanda Davey, Kari Waites, Victoria Ballard, Morgan Meeks, Kyndall Barber, and Ellen Stafford) (collectively, the "Hearing Nominal Defendants") agreed during the Hearing to certain Stipulations as expressly noted herein. The Hearing Nominal Defendants have received a copy of, and have not objected to, this Stipulation.

2

Case No. 3:23-cv-08993-MCR-HTC
Joint Stipulation Before May 5, 2023 Evidentiary Hearing On Injunction

1. That the Densman Defendants shall not use as a tradename or trademark the name "CRESTVIEW CITY PHARMACY" or any similar rendition containing the name "Crestview" and shall not issue or authorize (and shall affirmatively delete and remove any references to) any marketing, advertising, publicity, or other material intended for pharmacy customers or referral sources, either by paper, electronically, orally or otherwise, utilizing in any way, shape or form the name "CRESTVIEW CITY PHARMACY." The Hearing Nominal Defendants agreed during the Hearing to be bound by this certain stipulation to the same extent and in the same manner as the Densman Defendants;

2. That the Densman Defendants shall not represent or imply to any person or entity in any manner or through any means that the Densman Defendants are sponsored by, affiliated with, or licensed by and/or through Plaintiffs, and Plaintiffs shall not represent or imply to any person or entity in any manner or through any means that Plaintiffs are affiliated with or licensed by or through any of the Densman Defendants;

3. That the Densman Defendants affirm that on or before May 12, 2023, they sent amended Articles of Incorporation to the Florida Secretary of State, Division of Corporations, to change the corporate name of CRESTVIEW CITY PHARMACY, INC. to HOMETOWN PHARMACY, INC.;

4. That the Densman Defendants shall not oppose Plaintiffs' application for registration of the mark CRESTVIEW PHARMACY, as filed by Plaintiff OPTIO RX, LLC with the USPTO on April 25, 2023, bearing Serial No. 97,906,666;

5. Regarding all emails and other documents of the Plaintiffs in the Densman Defendants' possession, custody or control, the Densman Defendants shall:

(i) On or before May 18, 2023, turn over and return to counsel for Plaintiffs all copies of such emails and documents, and any copies made thereof, including any further "forwards" of those emails and documents to any third parties, but excluding "forwards" by the Densman Defendants to their attorneys for purposes of this litigation only;

(ii) Upon any further request in writing by Plaintiffs' counsel to the Densman Defendants' counsel for specific such documents which have not been returned as provided above, the Densman Defendants, via their counsel, shall provide to Plaintiffs' counsel within five (5) business days of receipt of such request, a declaration as provided under section 92.525, Fla. Stat, either:

Case No. 3:23-cv-08993-MCR-HTC
Joint Stipulation Before May 5, 2023 Evidentiary Hearing On Injunction

  (a) that the declarant does not have the identified document(s) or emails of Plaintiffs in its, his, her or their possession, custody or control;  or

  (b) confirming possession of such specific document(s) and, on Plaintiffs' written direction following such confirmation, return all copies in their possession to Plaintiffs forthwith, excluding copies of such documents to be held by the Densman Defendants' counsel for purposes of this litigation only.

  6. The Densman Defendants shall not defame the Plaintiffs in writing, orally or otherwise. Plaintiffs' officers and directors, as well as the general manager of Crestview Pharmacy, likewise, shall not defame the Densman Defendants in writing, orally or otherwise.  The Hearing Nominal Defendants agreed during the Hearing to be bound by this certain stipulation to the same extent and in the same manner as the Densman Defendants;

  7. That the Hearing Nominal Defendants agreed during the Hearing that they shall not solicit, directly or indirectly, current or future employees of Plaintiffs to leave or terminate their employment with Plaintiffs in order to accept employment with Defendant "Crestview City Pharmacy, Inc." (including any name changes per Paragraph 4 above);

8. Mr. Henderson affirms that he has complied with and will continue to comply with the terms of his Employment Agreement with Plaintiff Crestview Pharmacy dated December 13, 2018, pending the results of the underlying proceeding. Mr. Henderson further verifies that (1) he has returned the vials of testosterone that he took from the Plaintiff on April 20, 2023 to the Plaintiff, (2) he has or will turn over all passwords to any accounts used in furtherance of his work for Plaintiffs, within five (5) days of the date of this Order, and (3) he has returned any documents of Plaintiffs in his possession, copies in any form thereof, within five (5) days of the date of this Order, and destroy and/or delete any copies in his possession thereafter. Based on the foregoing stipulations, the Verified Motion was withdrawn as to Mr. Henderson during the Hearing;

9. Plaintiffs agree not to base any spoliation or sanctions claim on documents turned over and returned to Plaintiffs by Defendants pursuant to the terms of this stipulation;

10. The stipulating parties reserve all of their claims and defenses in the underlying action, and the stipulations made herein are without prejudice to any party's ability to raise, assert, or argue any allegations, claims, or defenses to which it may otherwise be entitled.

Case No. 3:23-cv-08993-MCR-HTC
Joint Stipulation Before May 5, 2023 Evidentiary Hearing On Injunction

Dated: May 19, 2023          SO STIPULATED AND AGREED:

| **OPTIO RX, LLC & CRESTVIEW PHARMACY, LLC**<br><br>By: */s/ Alexis M. Dominguez*<br><br>Aliette D. Rodz<br>ARodz@shutts.com<br>SHUTTS & BOWEN LLP<br>200 S. Biscayne Boulevard<br>Suite 4100<br>Miami, Florida 33131<br>Telephone: (305) 358-6300<br><br>Alexis M. Dominguez<br>adominguez@nge.com<br>(*admitted pro hac vice*)<br>NEAL, GERBER & EISENBERG LLP<br>Two North LaSalle Street<br>Suite 1700<br>Chicago, IL 60602-3801<br>Telephone: (312) 269-8000<br><br>*Counsel for Plaintiffs* | **CRESTVIEW CITY PHARMACY, INC., JENNIFER RESHAY DENSMAN, CHRISTOPHER NEIL DENSMAN**<br><br>By: /s Ruth Ellen Vafek<br><br>Ruth Ellen Vafek<br>Rvafek@bergersingerman.com<br>BERGER SINGERMAN LLP<br>201 E Las Olas Boulevard Suite 1500<br>Fort Lauderdale, FL 33301<br>Telephone: 954-712-5119<br><br>*Counsel for Defendants*<br><br>**BRYAN HENDERSON**<br><br>By: /s/ Jennifer Shoaf Richardson<br><br>Jennifer Shoaf Richardson<br>Jrichardson@esclaw.Com<br>EMMANUEL SHEPPARD & CONDON<br>30 S Spring St<br>Pensacola, FL 32502<br>Telephone 850-444-3848<br><br>*Counsel for Defendant* |

7

Case No. 3:23-cv-08993-MCR-HTC
Joint Stipulation Before May 5, 2023 Evidentiary Hearing On Injunction

**WHEREFORE,** the Court, having been apprised of the Stipulation of the parties, hereby approves the Stipulation of the Parties, and it is accordingly:

RECEIVED and ENTERED by the Court in Chambers at Escambia County, Florida, before the United States District Court, for the Northern District of Florida, on this \_\_\_\_ day of May, 2023.

_____
HONORABLE M. CASEY RODGERS

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on May 19, 2023, he caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all counsel of record.

/s/ *Alexis M. Dominguez*