## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

OPTIO RX, LLC &
CRESTVIEW PHARMACY, LLC,

        Plaintiffs,

    v.

CRESTVIEW CITY PHARMACY,
INC., JENNIFER RESHAY
DENSMAN, CHRISTOPHER NEIL
DENSMAN & BRYAN HENDERSON,

        Defendants,

AMANDA DAVEY, CLAUDIA
BARNETT, KARI WAITES,
VICTORIA BALLARD,
MORGAN MEEKS, KYNDALL
BARBER & ELLEN STAFFORD,

        Nominal Defendants.

Case No. 3:23-cv-08993-MCR-HTC

## PLAINTIFFS' AGREED MOTION TO EXCEED WORD LIMITS

    Plaintiffs, OPTIO RX, LLC & CRESTVIEW PHARMACY, LLC, through undersigned counsel, respectfully requests leave to file their Post Hearing Rebuttal Brief in Support of their Emergency Verified Motion for Temporary Restraining Order and Preliminary Injunction, and in reply to the Densman Defendants' Brief which was filed Friday, May 19, 2023, which will briefly exceed the 3,200 word limit by no more than 700 additional words. The additional words have become

necessary given the number of parties and issues in this case, as well as the evidence and testimony presented at the May 5, 2023 evidentiary hearing on Plaintiffs' Motion for Temporary Restraining Order and Injunctive Relief.

The undersigned hopes that the additional words might assist the Court more so than the filing of a shorter post hearing brief. The undersigned nevertheless regrets being unable to draft something shorter.

WHEREFORE, Plaintiff respectfully requests that they be allowed to file a Post Hearing Rebuttal Brief in Support of their Emergency Verified Motion for Temporary Restraining Order and Preliminary Injunction that will exceed the 3,200 word limit by no more than 700 words.

*Optio Rx, LLC et. al. v. Crestview City Pharmacy, LLC et. al.*
*Case No.: 3:23-cv-08993-MCR-HTC*
*Plaintiffs' Motion to Exceed Word Limit*

Dated: May 23, 2023                    Respectfully submitted,

**OPTIO RX, LLC & CRESTVIEW**

**PHARMACY, LLC**

BY: */s/ Aliette D. Rodz*
Aliette D. Rodz
ARodz@shutts.com
Florida Bar No. 173592
SHUTTS & BOWEN LLP
200 S. Biscayne Boulevard
Suite 4100
Miami, Florida 33131
Telephone: (305) 358-6300


-and-

Alexis M. Dominguez
adominguez@nge.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, IL  60602-3801
Telephone: (312) 269-8000
Facsimile: (312) 269-1747

*Attorneys for Plaintiffs*

*Optio Rx, LLC et. al. v. Crestview City Pharmacy, LLC et. al.*
*Case No.: 3:23-cv-08993-MCR-HTC*
*Plaintiffs' Motion to Exceed Word Limit*

## NORTHERN DISTRICT OF FLORIDA
## <u>LOCAL RULE 7.1 CERTIFICATION</u>

Pursuant to Local Rule 7.1(B), Counsel for the Plaintiffs, Aliette D. Rodz consulted with counsel for the Densman Defendants, Ruth Vafek, Esq., who is not opposed to the relief requested in the Motion.

*/s/ Aliette D. Rodz*

## <u>LOCAL RULE 7.1(F) CERTIFICATION</u>

Pursuant to Local Rule 7.1(F), the Motion contains no more than 3,900 words, excluding the case style, signature block, and any certificate of service.

*/s/ Aliette D. Rodz*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY on May 23, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record listed.

*/s/ Aliette D. Rodz*
Attorney