UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OPTIO RX, LLC, et al.,

    Plaintiffs,

v.

CRESTVIEW CITY PHARMACY INC., et al.,

    Defendants.

CASE NO. 3:23-cv-08993-MCR-HTC

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on May 23, 2023

Motion/Pleadings: PLAINTIFFS' AGREED MOTION TO EXCEED WORD LIMITS
Filed by Plaintiffs on May 23, 2023  Doc. # 36

\_\_\_\_\_ Stipulated  \_\_\_\_\_ Joint Pleading
__X__ Unopposed  \_\_\_\_\_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Patricia G. Romero*
Deputy Clerk: Patricia G. Romero

On consideration, Plaintiffs' unopposed motion is **GRANTED**, as requested.

**DONE** and **ORDERED** this 24th day of May 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**