# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

OPTIO RX, LLC & CRESTVIEW PHARMACY, LLC,

    Plaintiffs,

v.

CRESTVIEW CITY PHARMACY, INC., JENNIFER RESHAY DENSMAN, CHRISTOPHER NEIL DENSMAN & BRYAN HENDERSON,

    Defendants,

AMANDA DAVEY, CLAUDIA BARNETT, KARI WAITES, VICTORIA BALLARD, MORGAN MEEKS, KYNDALL BARBER & ELLEN STAFFORD,

    Nominal Defendants.

Case No. 3:23-cv-08993-MCR-HTC

## DEFENDANT CRESTVIEW CITY PHARMACY, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Crestview City Pharmacy, Inc. files this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and states as follows:

CRESTVIEW CITY PHARMACY, INC., d/b/a Hometown Pharmacy, has no parent corporation, and no publicly owned company owns more than 10% of its stock.

Dated: May 25, 2023.

Respectfully submitted,

BERGER SINGERMAN LLP
*Attorneys for Defendants Crestview City Pharmacy, Inc., Jennifer Reshay Densman, and Christopher Neil Densman*
313 North Monroe Street, Suite 301
Tallahassee, Florida 32301
Telephone: 850-561-3010
Facsimile: 850-561-3013

By: */s/ Ruth Vafek*
Ruth Vafek
Florida Bar No. 34220
rvafek@bergersingerman.com
zmorton@bergersingerman.com
drt@bergersingerman.com
Jordi Guso
Florida Bar No. 868580
jguso@bergersingerman.com
fsellers@bergersingerman.com
drt@bergersingerman.com

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically and service shall be through the Court's Transmission Facilities on all persons appearing before this court.

By: */s/ Ruth Vafek*
Ruth Vafek