UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**OPTIO RX, LLC & CRESTVIEW PHARMACY, LLC,**

      **Plaintiff,**

vs.

**CRESTVIEW CITY PHARMACY, INC., JENNIFER RESHAY DENSMAN, CHRISTOPHER NEIL DENSMAN & BRYAN HENDERSON,**

      **Defendants,**

**AMANDA DAVEY, CLAUDIA BARNETT, KARI WAITES, VICTORIA BALLARD, MORGAN MEEKS, KYNDALL BARBER & ELLEN STAFFORD,**

      **Nominal Defendants.**

CIVIL ACTION NO.
3:23-cv-08993-MCR-HTC

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS AND EMAIL DESIGNATION

COMES NOW, Erick M. Drlicka of the law firm of Emmanuel, Sheppard & Condon, and hereby gives notice of his appearance as co-counsel on behalf of Defendant, Bryan Henderson, in the above-styled action. It is requested that copies of all future pleadings, orders, notices, motions, documents and correspondence be

served upon the undersigned.

Email Designations are as follows:

Jennifer Shoaf Richardson Primary:   jrichardson@esclaw.com
                                     emdesclaw.com
                        Secondary:   adk@esclaw.com
                                     frb@esclaw.com

                                     */s/ Erick M. Drlicka*
Jennifer Shoaf Richardson
Florida Bar No. 0067998
Erick M. Drlicka
Florida Bar No. 712541
EMMANUEL, SHEPPARD & CONDON
30 S. Spring Street
Pensacola, FL  32502
(850) 433-658
**Primary E-mail**:
jrichardson@esclaw.com
emd@esclaw.com
**Secondary E-mail**:
adk@esclaw.com
frb@esclaw.com

Counsel for the Defendant
Bryan Henderson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of June, 2023, a true copy of the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF System which will send notice of electronic filing to the following:

**Attorneys for Plaintiffs**
Alexis Manuel Dominguez, Esq.
Neal Gerber & Eisenberg LLLP Chicago IL
2 N Lasalle Street
Suite 1700
Chicago, IL 60602
Email: adominguez@nge.com

Aliette Delpozo Rodz, Esq.
Shutts & Bowen LLP -Miami FL
200 S Biscayne Blvd, Suite 4100
Miami, FL 33131
Email: arodz@shutts.com

and

**Attorneys for Defendants**
Crestview City Pharmacy, Inc., Jennifer Reshay Densman,
and Christopher Neil Densman

Ruth Ellen Vafek, Esq.
Berger Singerman LLP -Fort Lauderdale FL
201 E Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301
Email: rvafek@bergersingerman.com

                                              */s/ Erick M. Drlicka*
                                              Erick M. Drlicka
                                              Florida Bar No. 712541