UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**OPTIO RX, LLC. & CRESTVIEW PHARMACY, LLC.,**

    **Plaintiffs,**

v.                         CASE NO. 3:23-cv-08993-MCR-HTC

**CRESTVIEW CITY PHARMACY, INC., et al.,**

    **Defendants.**

_____/

## ORDER

Pending is Plaintiffs' unopposed Statement of Redaction requesting redactions of "the names and references of all medical providers and/or facilities," ECF No. 31 at 2, from the evidentiary hearing transcript. ECF No. 29. On consideration, Plaintiffs' request is **GRANTED in part**.[1] The Court reporter is directed to redact the names of the medical providers or facilities that appear on the specific line numbers listed in the Plaintiffs' Statement of Redaction, ECF No. 31.

**DONE AND ORDERED** this 7th day of June 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court rejects the request to redact lines that include only an exhibit number.