UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| OPTIO RX, LLC & CRESTVIEW PHARMACY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRESTVIEW CITY PHARMACY, INC., JENNIFER RESHAY DENSMAN, CHRISTOPHER NEIL DENSMAN & BRYAN HENDERSON,<br><br>Defendants,<br><br>AMANDA DAVEY, CLAUDIA BARNETT, KARI WAITES, VICTORIA BALLARD, MORGAN MEEKS, KYNDALL BARBER & ELLEN STAFFORD<br><br>Nominal Defendants. | Case No. 3:23-cv-08993-MCR-HTC |

## MOTION TO APPEAR PRO HAC VICE

Plaintiffs Optio Rx, LLC and Crestview Pharmacy, LLC, by and through their undersigned counsel, pursuant to Local Rule 11.1(C), respectfully move for the admission *pro hac vice* of Andrew T. Hamilton, a licensed member of the Illinois Bar. Mr. Hamilton has undertaken the representation of Plaintiffs in this matter as co-counsel. In support of this motion, Plaintiffs state as follows:

1. Mr. Hamilton resides in Illinois, is not a resident of the State of Florida, and is not admitted to practice in the Northern District of Florida.

35168963.1

2. Mr. Hamilton is an associate with the law firm of Neal, Gerber & Eisenberg LLP, 2 N. LaSalle Street, Suite 1700, Chicago, Illinois 60602 and regularly practices law in Illinois.

3. Mr. Hamilton is admitted to and is an active member in good standing of the bars of Illinois and the Northern District of Illinois.  A current Certificate of Good Standing from the Illinois Supreme Court is attached as Exhibit A.

4. Mr. Hamilton has complied with the requirements of Local Rule 11.1(E) by completing the Attorney Admission Tutorial and exam and the CM/ECF Attorney User's Guide on June 9, 2023. His confirmation number is FLND1686365910649.

5. Mr. Hamilton studied and is familiar with the Local Rules of this District.

6. Mr. Hamilton has an active, upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is ahamilton@nge.com.

7. Mr. Hamilton will pay the required $208.00 pro hac vice fee for this case at the time of filing.

WHEREFORE, Plaintiffs respectfully request that the Court permit Andrew T. Hamilton to appear pro hac vice.

Dated:  June 13, 2023

Respectfully submitted,

**OPTIO RX, LLC & CRESTVIEW PHARMACY, LLC**


By: /s/ *Andrew T. Hamilton*
          One of Their Attorneys

Alexis M. Dominguez
adominguez@nge.com
Andrew T. Hamilton
ahamilton@nge.com
(*pro hac vice forthcoming*)
Jonathan S. Quinn
jquinn@nge.com
(*pro hac vice forthcoming*)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, IL  60602-3801
Telephone: (312) 269-8000
Facsimile: (312) 269-1747

Aliette D. Rodz
ARodz@shutts.com
SHUTTS & BOWEN LLP
200 S. Biscayne Boulevard
Suite 4100
Miami, Florida 33131
Telephone: (305) 358-6300

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 13, 2023, he caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all counsel of record.

/s/ *Andrew T. Hamilton*

## **Certification of Word Count**

The undersigned counsel hereby certifies that the relevant portions of the foregoing document contains 273 words .

/s/ *Andrew T. Hamilton*

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Andrew Todd Hamilton

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/17/2022 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 8th day of June, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois