**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

OPTIO RX, LLC &
CRESTVIEW PHARMACY, LLC,

      Plaintiffs,

    v.

CRESTVIEW CITY PHARMACY,
INC., JENNIFER RESHAY
DENSMAN, CHRISTOPHER NEIL
DENSMAN & BRYAN HENDERSON,

      Defendants,

AMANDA DAVEY, CLAUDIA
BARNETT, KARI WAITES,
VICTORIA BALLARD,
MORGAN MEEKS, KYNDALL
BARBER & ELLEN STAFFORD

      Nominal Defendants.

Case No. 3:23-cv-08993-MCR-HTC

## PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMS

Plaintiffs Optio Rx, LLC's and Crestview Pharmacy, LLC's (collectively "Plaintiffs"), by and through their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully move this Court to dismiss the Counterclaims [Dkt. 39] for (1) tortious interference with business relationships; and (2) defamation asserted by Defendants Crestview City Pharmacy, Inc., Jennifer Reshay Densman and Christopher Neil Densman (collectively, the "Defendants") in their entirety. The bases for Plaintiffs' Motion are fully set forth in Plaintiffs'

accompanying Memorandum of Law In support of Plaintiffs' Motion to Dismiss Counterclaim.

Dated: June 14, 2023

Respectfully submitted,

**PLAINTIFFS OPTIO RX, LLC & CRESTVIEW PHARMACY, LLC**

By: /s/ *Alexis M. Dominguez*

Jonathan S. Quinn
(*pro hac vice pending*)
Alexis M. Dominguez
adominguez@nge.com
(*admitted pro hac vice*)
Andrew Hamilton
(*pro hac vice pending*)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, IL 60602-3801
Telephone: (312) 269-8000

Aliette D. Rodz
ARodz@shutts.com
SHUTTS & BOWEN LLP
200 S. Biscayne Boulevard
Suite 4100
Miami, Florida 33131
Telephone: (305) 358-6300

*Attorneys for Plaintiffs*

35317876.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 14, 2023, he caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which sent notification of such filing to all counsel of record.

/s/ *Alexis M. Dominguez*

## CERTIFICATION OF WORD COUNT

The undersigned counsel hereby certifies that the relevant portion of the foregoing document contains 92 words.

/s/ *Alexis M. Dominguez*

35317876.1