# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

OPTIO RX, LLC & CRESTVIEW PHARMACY, LLC,

    Plaintiffs,

v.

CRESTVIEW CITY PHARMACY, INC., et al.,

    Defendants.

Case No. 3:23cv8993-MCR-HTC

## ORDER

Pending before the Court are the Motions for Admission Pro Hac Vice, ECF Nos. 47 and 48, seeking leave for Attorneys Jonathan S. Quinn and Andrew T. Hamilton, to appear before this Court as counsel on behalf of Plaintiffs Optio RX, LLC and Crestview Pharmacy, LLC.  The motion demonstrates that they attorneys are members of good standing of the State Bar of Illinois, as stated on the certificate of good standing dated within 30 days of the filing of the motions; both attorneys have successfully completed the computer-based tutorials for the local rules of this Court and CM/ECF; and have also paid the required admission fee.  Having fully reviewed the matter, the Court finds that the requirements of the Court's local rules have been satisfied, *see* N.D. Fla. Loc. R. 11.1, and the motions are due to be granted.

Accordingly:

1. The Motions for Admission Pro Hac Vice, ECF Nos. 47 and 48 are **GRANTED**.

2. Attorneys Jonathan S. Quinn and Andrew T. Hamilton are admitted *pro hac vice* to represent the Plaintiffs, Optio RX, LLC and Crestview Pharmacy, LLC, pursuant to Local Rule 11.1(C).

**DONE AND ORDERED** this 16th day of June 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**